RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Counsel for **MEZA-VILLAGRANA**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANGELICA MEZA-VILLAGRANA,<br><br>    Defendant. | 2:13-cr-170-JAD-PAL<br><br>**UNOPPOSED MOTION TO ADVANCE SENTENCING HEARING** |

COMES NOW THE DEFENDANT, Angelica Meza-Villagrana, by and through counsel, Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for ANGELICA MEZA-VILLAGRANA, that the sentencing hearing currently scheduled for Thursday, October 31, 2013 at the hour of 9:00 a.m. be advanced to a date and time convenient to this court.

On September 24, 2013 we received the Defendant's Presentence Investigation Report. Probation has recommended a sentence of credit for time served. This is consistent with the parties sentencing agreement as delineated in the plea agreement.

///

///

///

1

Accordingly, the parties jointly request that the currently scheduled sentencing hearing be advanced.

DATED this 26th day of September, 2013.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*
By: _____
RAQUEL LAZO,
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANGELICA MEZA-VILLAGRANA,<br><br>    Defendant. | 2:13-cr-170-JAD-PAL<br><br>**PROPOSED ORDER TO ADVANCE SENTENCING HEARING** |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Thursday, October 31, 2013 at the hour of 9:00 a.m. be advanced to Wednesday, October 16, 2013, at 11:00 a.m. in Courtroom 6D.

DATED 30th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

3

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on September 26, 2013, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO ADVANCE SENTENCING HEARING** by electronic service (ECF) to the person named below:

>     DANIEL BOGDEN
>     United States Attorney
>     333 Las Vegas Blvd. So., 5th Floor
>     Las Vegas, Nevada 89101
>     ROBERT A. BORK
>     Assistant United States Attorney
>     333 Las Vegas Blvd. So. 5th Floor
>     Las Vegas, NV 89101

>                                     */s/ Maribel Bran*
>                                     _____
>                                     Employee of the Federal Public Defender